**E-FILED on** __04/06/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MIVCO PACKING COMPANY, LLC, a California limited liability company; ROGER E. MILLS, an individual; and BASIL E. MILLS, an individual<br><br>Defendants. | No. C-08-05454 RMW<br><br><br>JUDGMENT |

On April 6, 2009 this court granted default judgment in favor of plaintiff Great American Insurance Company and against defendants Mivco Packing Company, Roger E. Mills, and Basil E. Mills. Plaintiff is entitled to $336,927.71.

IT IS HEREBY ORDERED THAT defendants shall pay to plaintiff $336,927.71.

**Dated:** __04/06/09__        _Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-05454 RMW
AEA

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
Stacie L. Brandt slbrandt@boothmitchel.com
David Lee Hughes dlhughes@boothmitchel.com

**Counsel for Defendants:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 04/06/09

JAS
**Chambers of Judge Whyte**